UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.

RAEKWON GREEN
A/K/A BUNDY
A/K/A BUNDLES,

DEFENDANT.

DOCKET NO.: 0209 6:20-CR-06140-002

**STATEMENT WITH REGARD TO SENTENCING FACTORS/PRESENTENCE INVESTIGATION REPORT**

---

MICHAEL P. SCHIANO, ESQ., the attorney for the above Defendant, RAEKWON GREEN, has thoroughly reviewed the PreSentence Investigation Report ("PSI") prepared by U.S. Probation Officer Jessica Rider and in accordance with Rule 32(f) and (i)(4)(I) of the Federal Rules of Criminal Procedure and Sections (6)(A)(1.2) and (6)(A)(1.3) of the United States Sentencing Guidelines, hereby gives notice that the Defendant has no objection to the Presentence Investigation Report prepared on July 3, 2024, nor does the Defendant dispute the substantial factual representations contained therein about which the Defendant has no direct knowledge.

HOWEVER, we do concur with, and are respectfully asking the Court to consider, the recommendation from the Probation officer Ms. Rider that the Court may appropriately consider Mr. Green's lack of youthful guidance and the need to avoid unwarranted sentencing disparities on behalf of Mr. Green. I have attached a letter from Tamara Davis, Education Provider - Livingston County Jail setting forth training completed by Mr. Green while he was incarcerated in Livingston County Jail and a letter from Mr. Green wherein he accepts responsibility.

WE ARE RESPECTFULLY asking the Court to consider a non-guideline sentence

based upon the Defendant's age and based upon the nature of the offenses.

DATED: July \_\_15\_\_, 2024

Respectfully submitted,

_____
MICHAEL P. SCHIANO
Attorney for Defendant Raekwon Green
One East Main St., Suite 315
Rochester, New York 14614
Tel: (585) 546-7150

TO: Honorable Frank P. Geraci, Jr.
U.S. District Court Judge
United States District Court
100 State Street
Rochester, New York 14614

Robert Marangola, Esq.
Assistant United States Attorney
100 State Street, Suite 500
Rochester, New York 14614

Jessica Rider
U.S. Probation Officer
100 State Street, Room 1200
Rochester, New York 14614
jessica_rider@nywp.uscourts.gov



# LIVINGSTON COUNTY SHERIFF

**THOMAS J. DOUGHERTY, SHERIFF**

MATTHEW D. BEAN, UNDERSHERIFF

September 8, 2022

To Whom It May Concern,

    I am writing to inform you that Raekwon Green has completed the NYS DOT Flagging Certification. The training was held in August 2022 and will expire in 3 years. If you have any questions or concerns regarding this training feel free to reach me at tdavis@gvboces.org or at 585-243-7085.

Thank You,

*Tamara Davis*

Tamara Davis
Education Provider
Livingston County Jail

Raekwon Green

Dear Judge

Greetings, I hope all is well to you. I hope that you recieve this letter in a timely manner. Before this Honorable Court I'm addressing the matters of my poor decision making.

I would first like to apologize for my actions and my young mentality. I know I have made alot of poor decision in my life and I could admitt I was easily influenced. I make no excuse for my negative behaviors. I've been doing alot of self-reflecting during this incarceration. I have grown and learned more about myself each day. I realize their is more to life then just the streets of Rochester. Not only am I suffering but also my family. I have a beautiful young daughter that I pray, I make it home

TO IN A TIMELY MANNER.

THERE FOR I HAVE SAT DOWN AND MANNAGE THAT PATIENTS IS LONGAVITY. LONGAVITY IS THE KEY TO SUCCESS. NO MONEY IN THE WORLD IS WORTH MY FREEDOM AND THE TIME AWAY FROM MY FAMILY. I'M READY TO BE A MAN, AND A PRODUCTIVE MEMBER TO OUR SOCIETY & ALSO A BETTER ROLE MODE AND CARE PROVIDER.

HEREIN I'VE BEEN DIAGNOSED AT A YOUNG AGE IN PRISON WITH HYPERTENSION AND HYPERTHYROID. I WOULD HATE TO LOOSE MY LIFE TO A JAIL CELL FOR BEING UNHEALTHY due TO MY POOR DECISION MAKING. THIS HAS BEEN ALOT FOR ME AND MADE A BIG IMPACT ON MY LIFE. I NO LONGER WANT THIS LIFESTYLE ANYMORE. I PRAY EVERY NIGHT FOR ANOTHER OPPORTUNITY & FORGIVENESS FOR MY ACTIONS. ON ANOTHER NOTE I WOULD LOVE TO APOLOGIZE TO THE VICTIMS FOR THE HORRIBLE EXPERIENCE, THE COURTS AND MY FAMILY FOR MY BEHAVIORS

INCONCLUSION

I WOULD GREATLY APPRIECATE IT

III

If you can forgive my behaviors and give me another chance to correct my wrongs and make it back home. Most deffinetly to my beautiful daughter before its to late. I can deffinetly promise you that I will be a better member to our community and productive provider. I will ensure you that you wont regret it because your court has made a positive change on this defendant. I also plan on intending re-entry upon release, so you can see the change yourself

    I thankyou for all your time and consideration in this matter. I appricate the I help if you can. God Bless

        Sincerly
        Rockwon Green

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

DOCKET NO.: 0209 6:20-CR-6140-002

vs.

RAEKWON GREEN
A/K/A BUNDY
A/K/A BUNDLES,

DEFENDANT.

---

### AFFIDAVIT OF SERVICE ELECTRONICALLY AND BY MAIL

The undersigned hereby certifies that she is an employee in the Schiano Law Office, P.C. and is a person of such age and discretion as to be competent to serve papers.

That on July 15, 2024, she served a copy of the attached:

**STATEMENT WITH REGARD TO SENTENCING FACTORS/PRESENTENCE INVESTIGATION REPORT**

by electronic mail to U.S. District Court Judge Frank P. Geraci, Jr., Robert Marangola, Esq., AUSA and Jessica Rider, U.S. Probation Officer.

_____
SALLY J. SKINNER

Sworn to before me this 15th
day of July, 2024.

_____
Notary Public

CHRISTOPHER SCHIANO
Notary Public, State of New York
No. 02SC4977203
Qualified in Monroe County
Commission Expires January 28, 20__